IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
U.S. Magistrate Judge David L. West

Criminal Case No.:    12-mj-00035-DLW

UNITED STATES OF AMERICA,

      Plaintiff,

vs.

DARRIAN FELIX MARTINEZ,

      Defendant.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE DAVID L. WEST
DATED:   May 31, 2012**

      Preliminary, Identity Hearing and Detention Hearing set on June 05, 2012 at 11:30 a.m. is **VACATED** and rescheduled to June 04, 2012 at 12:30 p.m.