PROB 12C

## United States District Court
### for the District of Utah

## Request and Order to Amend Previous Petition

FILED
U.S. DISTRICT COURT

2012 JUN -1 A 10:39

DISTRICT OF UTAH

BY:
DEPUTY CLERK

Name of Offender: **Darrian Felix Martinez**          Docket Number: **2:94-CR-00184-001-DAK**

Name of Sentencing Judicial Officer:     **Honorable J. Thomas Greene, Senior U.S. District Judge**
*Case reassigned to the Honorable Dale A. Kimball, Senior U.S.*
*District Judge on February 2, 2012*

Date of Original Sentence: **April 24, 1997**

Original Offense:     **Felon in Possession of a Firearm**
Original Sentence:    **180 Months Bureau of Prisons Custody/60 Months Supervised Release**

Type of Supervision:     **Supervised Release**          Supervision Began: **December 18, 2009**

## PETITIONING THE COURT

[ X ]   To amend the petition signed on February 2, 2012 to read as follows:

### CAUSE

**Allegation No. 1:**   On or about April 24, 2011, the defendant committed another federal, state, or local crime, to wit: unlawfully entered a residence.

**Allegation No. 2:**   On or about April 24, 2011, the defendant committed another federal, state, or local crime, to wit: caused physical injury to another person by means of assault.

Evidence in support of the two above-stated allegations is contained in documents received from the State of Colorado, County of Mesa, Case D0392011CR000425.

I declare under penalty of perjury that the foregoing is true and correct

Maria EA Sanchez, Supervisory U.S. Probation Officer
Date:  June 1, 2012

## THE COURT ORDERS:

[X]   That the original petition be amended
       to include all allegations outlined
[ ]   No action
[ ]   Other

Honorable Dale A. Kimball
Senior U.S. District Judge

Date: